## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

JAMES A. NEVINS

                DEBTOR

CARRINGTON MORTGAGE SERVICES, LLC
          Movant

       v.

James A. Nevins
and
Thomas P. Gorman, Trustee,

Chapter 13

Case No. 15-10956-BFK

## ANSWER AND REPORT OF TRUSTEE
## TO RELIEF FROM STAY MOTION

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1)    The Plan of this Chapter 13 Case was confirmed by the Court on June 12, 2015, and provides for payment of the secured creditor as follows:

    (a)    Pre-petition arrearage claim of $21,014.46 by monthly installments of $452.83 including 0.000% from the payments made under this confirmed Plan.

    (b)    Post-petition regular monthly payments directly by the Debtor.

(2)    No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

**ANSWER & REPORT OF TRUSTEE, PAGE 2**
**CASE #15-10956-BFK**

(3)     The payments to date on the arrearage claim of this Secured Creditor are reflected opposite the name of the Secured Creditor on the attached periodic report of the accounts of this Chapter 13 case; and that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:   December 19, 2018                    __/s/ Thomas P. Gorman _____
                                            Thomas P. Gorman
                                            Chapter 13 Trustee
                                            300 North Washington Street, Ste. 400
                                            Alexandria, VA 22314
                                            (703) 836-2226
                                            VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 19th day of December, 2018.

                                            _/s/Thomas P. Gorman_____
                                            Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 12/18/2018

CASE NO: 15-10956-BFK
STATUS: BASE PLAN

DEBTOR:  XXX-XX-1235
NEVINS, JAMES A.

AKA:

DATE FILED: 03/21/2015

CONFIRMED: 06/12/2015

LATEST 341: 05/05/2015

PERCENTAGE:    25.000

PLAN: 60 MONTHS

1st PAYMENT DUE:  04/2015

ON SCHEDULE:       39,327.16

ACTUAL PAYMENTS:   40,027.66

AMOUNT BEHIND:        0.00

1016 ISABELLA DRIVE
STAFFORD, VA 22554

ATTORNEY: TOMMY ANDREWS, JR., ESQ.
122 N. ALFRED ST.
ALEXANDRIA, VA 22314
Phone:703 838-9004 Fax: 703 838-9550

Needed to Complete Base:

BASE:       64,127.16
            24,099.50

SCHEDULE:    1,181.00 MONTHLY

TOTAL PAID:       40,027.66

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 07/27/18 | PAYCHEX/ADVANTAG | 1,181.00 |
| 07/12/18 | PAYCHEX/ADVANTAG | 590.50 |
| 06/28/18 | PAYCHEX/ADVANTAG | 590.50 |
| 06/12/18 | PAYCHEX/ADVANTAG | 590.50 |
| 05/25/18 | PAYCHEX/ADVANTAG | 590.50 |
| 05/10/18 | PAYCHEX/ADVANTAG | 590.50 |
| 04/27/18 | PAYCHEX/ADVANTAG | 590.50 |
| 04/24/18 | RETURNED FUNDS | (1,071.00) NSF |
| 04/24/18 | INPUTTING ERROR | (1,071.00) NSF |
| 04/13/18 | PAYCHEX/ADVANTAG | 590.50 |
| 04/04/18 | RTND FUNDS-ENTRY | 1,071.00 NSF |
| 04/02/18 | PC | 1,071.00 |
| 02/12/18 | CC/NAVINS, MELISSA | 1,071.00 |
| 02/07/18 | PC/NAVINS. MELISSA | 1,071.00 |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 333748 | COUNTY OF FAIRFAX | PRO | PRI 100.00 | | 0.00 0.00 | 0.00 1.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 002 | 306613 | STAFFORD COUNTY TREASURER PER TOM PAY AS POC WRITTEN | PRO | UNS 25.00 | | 0.00 0.00 | 946.48 236.62 | 946.48 236.62 | 0.00 0.00 | 236.62 0.00 |
| 002 | 306613 | STAFFORD COUNTY TREASURER PER TOM PAY AS POC WRITTEN | PRO | PRI 100.00 | | 0.00 0.00 | 946.48 921.48 | 921.48 921.48 | 0.00 0.00 | 921.48 0.00 |
| 003 | 341494 | CARRINGTON MORTGAGE SERVICES, L | FIX 08/2018 | SEC 100.00 | | 452.83 3,216.25 | 21,014.46 26,922.05 | 21,014.46 21,014.46 | 16,708.27 0.00 | 4,306.19 0.00 |
| 003A | 341494 | CARRINGTON MORTGAGE SERVICES, L ADD PER CONSENT ORD EOD 02/19/216 | FIX 08/2018 | SEC 100.00 | | 122.15 867.58 | 5,907.59 0.00 | 5,907.59 5,907.59 | 3,285.52 0.00 | 2,622.07 0.00 |
| 004 | 333206 | MERCEDES-BENZ FINANCIAL SERVICES APP | FIX 08/2018 | SEC 100.00 | 03/21/2015 4.5000 | 363.30 1,089.90 | 18,025.00 18,025.00 | 18,025.00 18,025.00 | 13,471.92 1,786.68 | 4,553.08 68.28 |
| 004 | 333206 | MERCEDES-BENZ FINANCIAL SERVICES | PRO | UNS 25.00 | | 0.00 0.00 | 8,607.21 2,151.80 | 8,607.21 2,151.80 | 0.00 0.00 | 2,151.80 0.00 |
| 005 | 314458 | NAVY FEDERAL CREDIT UNION TBS | PRO-I | UNS 25.00 | | 0.00 0.00 | 5,471.87 0.00 | 5,471.87 1,367.97 | 0.00 0.00 | Closed |
| 005A | 330382 | NAVY FEDERAL CREDIT UNION DEFICIENCY BALANCE | PRO | UNS 25.00 | | 0.00 0.00 | 2,593.99 0.00 | 2,593.99 648.50 | 0.00 0.00 | 648.50 0.00 |
| 006 | PORT | PORTFOLIO RECOVERY ASSOCIATES MTA - NO CLAIM/ UNDER SEC 7A | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 1,140.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 007 | 324602 | AMSHER COLLECTION SERVICE BILLFLOAT | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 121.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 008 | 341293 | AQUIA HARBOUR PROPERTY OWNERS. | PRO | UNS 25.00 | | 0.00 0.00 | 1,659.23 2,034.00 | 1,659.23 414.81 | 0.00 0.00 | 414.81 0.00 |
| 009 | 321177 | BANK OF AMERICA | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 7,646.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 010 | 341294 | CHERYL NEVINS | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 1,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 011 | 313486 | DISCOVER BANK | PRO | UNS 25.00 | | 0.00 0.00 | 670.73 703.00 | 670.73 167.68 | 0.00 0.00 | 167.68 0.00 |
| 012 | 340987 | LAW ENFORCEMENT SYSTEMS | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 67.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 013 | 329896 | MARY WASHINGTON HEALTHCARE | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 800.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 014 | 317372 | NATIONAL RECOVER AGENCY WELLSPAN MED GRP | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 137.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 015 | 314458 | NAVY FEDERAL CREDIT UNION NSF | PRO | UNS 25.00 | | 0.00 0.00 | 86.98 174.00 | 86.98 21.75 | 0.00 0.00 | 21.75 0.00 |
| 016 | 314458 | NAVY FEDERAL CREDIT UNION | PRO | UNS 25.00 | | 0.00 0.00 | 10,925.94 10,812.00 | 10,925.94 2,731.49 | 0.00 0.00 | 2,731.49 0.00 |
| 017 | 314458 | NAVY FEDERAL CREDIT UNION | PRO | UNS 25.00 | | 0.00 0.00 | 1,015.40 976.00 | 1,015.40 253.85 | 0.00 0.00 | 253.85 0.00 |
| 018 | 314458 | NAVY FEDERAL CREDIT UNION | PRO | UNS 25.00 | | 0.00 0.00 | 469.54 483.00 | 469.54 117.39 | 0.00 0.00 | 117.39 0.00 |
| 019 | PORT | PORTFOLIO RECOVERY ASSOCIATES CARPET ONE | PRO | UNS 25.00 | | 0.00 0.00 | 1,061.87 1,087.00 | 1,061.87 265.47 | 0.00 0.00 | 265.47 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                    Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 12/18/2018

CASE NO: 15-10956-BFK

STATUS: BASE PLAN

DEBTOR:  XXX-XX-1235

NEVINS, JAMES A.

SCHEDULE:    1,181.00 MONTHLY

**PLAN AND FILED CLAIMS**

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 020 | PORT | PORTFOLIO RECOVERY ASSOCIATES CAP ONE | PRO | UNS 25.00 | 0.00 | 0.00 0.00 | 532.60 533.00 | 532.60 133.15 | 0.00 0.00 | 133.15 0.00 |
| 021 | PORT | PORTFOLIO RECOVERY ASSOCIATES GE CAPITAL/LOWES | PRO | UNS 25.00 | 0.00 | 0.00 0.00 | 430.68 431.00 | 430.68 107.67 | 0.00 0.00 | 107.67 0.00 |
| 022 | 335454 | STELLAR RECOVERY INC. COMCAST | PRO | UNS 25.00 | 0.00 | 0.00 0.00 | 0.00 404.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 023 | 337369 | US DEPT VETS | PRO | UNS 25.00 | 0.00 | 0.00 0.00 | 0.00 5,197.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 024 | 314458 | NAVY FEDERAL CREDIT UNION UNLISTED - NSF-ALLOW AND PAY | PRO | UNS 25.00 | 0.00 | 0.00 0.00 | 86.90 0.00 | 86.90 21.73 | 0.00 0.00 | 21.73 0.00 |
| 025 | 348618 | SYNCHRONY BANK UNLISTED-ALLOW AND PAY | PRO | UNS 25.00 | 0.00 | 0.00 0.00 | 732.96 0.00 | 732.96 183.24 | 0.00 0.00 | 183.24 0.00 |
| 026 | 339189 | AMERICAN INFOSOURCE LP UNLISTED-DIRECT TV-ALLOW AND PAY | PRO | UNS 25.00 | 0.00 | 0.00 0.00 | 690.71 0.00 | 690.71 172.68 | 0.00 0.00 | 172.68 0.00 |
| 799 | GREENW | JASON S. GREENWOOD | PRO 07/2015 | ATY 100.00 | 0.00 | 0.00 0.00 | 2,485.00 5,050.00 | 2,485.00 2,485.00 | 2,485.00 0.00 | 0.00 0.00 |
| 799A | ANDREW | TOMMY ANDREWS, JR., ESQ. | PRO | ATY 100.00 | 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |

Trustee Administrative Fees                                                                                 2,280.27         2,280.27

TOTALS:                    938.28      78,889.75      81,145.02      38,230.98      20,030.65
                         5,173.73      84,665.05      58,261.63       1,786.68          68.28

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER |
|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,050.00 | 923.00 | 44,947.05 | 33,745.00 | 0.00 |
| CLAIM AMOUNT: | 0.00 | 2,485.00 | 921.48 | 44,947.05 | 7,627.83 | 0.00 |
| PAID BY TRUSTEE: | 0.00 | 2,485.00 | 0.00 | 33,465.71 | 0.00 | 0.00 |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUB TOTAL: | 0.00 | 0.00 | 921.48 | 11,481.34 | 7,627.83 | 0.00 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 68.28 | 0.00 | 0.00 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BALANCE DUE: | 0.00 | 0.00 | 921.48 | 11,549.62 | 7,627.83 | 0.00 |

DUE CREDITORS:      20,098.93

EXPECTED ADMIN:       1,512.07

LESS AVAILABLE:          10.00

APPROX BALANCE:      21,601.00

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                              Case Maintenance 10.5