IN THE UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

JAMES A. NEVINS                                           Case Number:  15-10956-BFK

    Debtor                                                       Chapter 13

Bank of America, N.A.

    Movant

v.

James A. Nevins,

    Respondant

**DEBTOR'S RESPONSE TO MOVANT'S MOTION FOR RELIEF FROM STAY**

    COMES NOW, the Debtor, James A. Nevins, by and through undersigned counsel, Tommy Andrews, Jr., P.C. and Tommy Andrews, Jr. and in response to Movant's said Motion for Relief from Stay states as follows:

1. Debtor generally admits the allegations contained in paragraph 1.
2. Debtor generally admits the allegations contained in paragraph 2.
3. Debtor generally admits the allegations contained in paragraph 3.
4. Debtor generally admits the allegations contained in paragraph 4.
5. Debtor neither admits nor denies the allegations contained in paragraph 5.
6. Debtor neither admits nor denies the allegations contained in paragraph 6.
7. Debtor neither admits nor denies the allegations contained in paragraph 7.
8. Debtor neither admits nor denies the allegations contained in paragraph 8.
9. Debtor generally admits the allegations contained in paragraph 9.
10. Debtor generally denies the allegations contained in paragraph 10 and demands strict proof thereof.
11. Debtor generally denies the allegations contained in paragraph 11 and demands strict proof thereof.
12. Debtor generally denies the allegations contained in paragraph 12 and demands strict proof thereof.
13. Debtor generally denies the allegations contained in paragraph 13 and demands strict proof thereof.

Tommy Andrews, Jr. #28544
TOMMY ANDREWS JR., P.C.
122 North Alfred Street
Alexandria, Virginia 22314
703-838-9004

14. Debtor generally denies the allegations contained in paragraph 14 and demands strict proof thereof.

Wherefore, the Debtor prays that the Movant's Motion for Relief from Stay imposed by 11 U.S.C. §362 be denied and for such other and further relief as this Honorable Court deems just and proper under the law.

Respectfully Submitted,
JAMES A. NEVINS
By Counsel,

/s/ Tommy Andrews, Jr.
Tommy Andrews, Jr. #28544
Tommy Andrews, Jr., P.C.
122 North Alfred Street
Alexandria, Virginia 22314
(703) 838-9004

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2018, I mailed, first class, postage prepaid or via the electronic court filing system a copy of the foregoing Debtor's Response to Movant's Motion for Relief from Stay to:

Steven L. Higgs, Esq.
Steven L. Higgs, P.C.
9 Franklin Road, S.W.
Roanoke, VA 24011

James Nevins
1016 Isabella Drive
Stafford, VA 22554

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street
Suite 400
Alexandria, VA 22314

/s/ Tommy Andrews, Jr.
Tommy Andrews, Jr., Esq.

Tommy Andrews, Jr. #28544
TOMMY ANDREWS JR., P.C.
122 North Alfred Street
Alexandria, Virginia 22314
703-838-9004